

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website:  www.eeoc.gov

Brittany Davis
740 s. Federal st.  apt. 908
Chicago, IL 60605

Re:   Brittany Davis v. Nassau University Medical Center
      EEOC Charge Number: 520-2023-02074

Dear Brittany Davis:

The U.S. Equal Employment Opportunity Commission has received your request for a Notice of Right to Sue in the above referenced charge.

Your request has been forwarded to the U.S. Department of Justice (DOJ) for action. That Agency will act on your request and issue the Notice directly to you.

If you have any questions, please call this office at (929) 506-5270.

On Behalf of the Commission:

Digitally Signed By:Yaw Gyebi, Jr.
12/27/2024

Yaw Gyebi, Jr.
District Director

CC:  Hyun Kim

   1350 Avenue of the Americas 31st Floor

New York, NY 10019